**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **2:26-cv-06043-JWH-DTB** Date: **October 15, 2026**

Title: **William David Bush v. Los Angeles County Public Defender's Office, et al.**

===============================================================

**DOCKET ENTRY**

===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rebecca Camacho | n/a |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On June 1, 2026, plaintiff William David Bush ("Plaintiff"), proceeding pro se, filed a Civil Rights Complaint ("Complaint"). (Docket No. 1). On July 1, 2026, Plaintiff filed a Request to Proceed in Forma Pauperis which the Court granted on the same date. (Docket Nos. 9, 10).

On July 23, 2026, after screening the Complaint pursuant to 28 U.S.C. § 1915, the Court issued an Order Regarding Complaint ("Order"). (Docket No. 15). In response to the Court's Order, on July 24, 2026, Plaintiff filed a First Amended Complaint ("FAC"). (Docket No. 16).

After screening the FAC, on July 24, 2026, the Court issued an Order re: Service of Process by the United States Marshal ("Service Order") and an Order Directing Service of Process by United States Marshal. (Docket Nos. 17, 18). Pursuant to the Service Order, Plaintiff was to submit his Notice of Submission of Documents to the Clerk on or before August 24, 2026. As Plaintiff failed to file his Notice of Submission of Documents, on September 10, 2026, the Court, sua sponte, extended Plaintiff's time up to and including September 30, 2026 within which to file his Notice of Submission of Documents. (Docket No. 19).

Rather than filing his Notice of Submission of Documents, Plaintiff has filed Affidavits (Docket Nos. 20, 22), which the Court has stricken. On September 25, 2026, the Court reminded Plaintiff to file his Notice of Submission of Documents by October

6, 2026.

As of this date, Plaintiff has failed to files his Notice of Submission of Documents. Accordingly, Plaintiff is ordered to show cause, in writing, no later than **November 6, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of Plaintiff's Notice of Submission of Documents. Plaintiff is warned that a failure to timely respond to this Order to Show Cause **will** result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**



Initials of Deputy Clerk rec